DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE NUNES** and **MARK R. PHILIPS,**
Appellants,

v.

**RIVER OAKS AT TEN MILE CREEK, LLC, RIVER OAKS AT TEN MILE CREEK HOMEOWNERS ASSOCIATION, INC., JOHN CHERVENY, LEO HUSSEY,** and **ASHLEY BUSS,**
Appellees.

Nos. 4D17-2571 & 4D17-3636

[January 17, 2019]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562016CA001023.

Tim B. Wright of Wright, Ponsoldt & Lozeau, Trial Attorneys, LLP, Stuart, for appellants.

Therese A. Savona and Kathryn L. Ender of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ. concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***